1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALONZO REED,

11          Plaintiff,                    No. CIV S-04-1822 LKK DAD P

12          vs.

13   S. PETERSON, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On May 31, 2005, the magistrate judge filed findings and recommendations herein

20   which were served on plaintiff and which contained notice to plaintiff that any objections to the

21   findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections

22   to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

1

1       Accordingly, IT IS HEREBY ORDERED that:

2            1.  The findings and recommendations filed May 31, 2005, are adopted in full;

3            2.  Plaintiff's due process, defamation, slander, and libel claims are dismissed;

4   and

5            3.  Plaintiff's April 27, 2005 motion for temporary restraining order and

6   preliminary injunction is denied.

7   DATED:  August 15, 2005.

8

9                                          /s/Lawrence K. Karlton
                                           UNITED STATES DISTRICT JUDGE
10  /reed1822.804a

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26